ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 2 7 2006

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL INDICTMENT |
| v. : | NO. 1:06CR299 |
| NGUYEN VAN NGUYEN, : | |
| FELTON STONE, JR., and : | |
| CHIEN DINH NGUYEN : | |

THE GRAND JURY CHARGES THAT:

From on or about August 17, 2000, through on or about May 17, 2006, in the Northern District of Georgia, the defendants, NGUYEN VAN NGUYEN, FELTON STONE, JR., and CHIEN DINH NGUYEN, did combine, conspire, confederate, agree, and have a tacit understanding with each other, and with a person or persons unknown to the Grand Jury, to knowingly causing false representations to be made with respect to information required to be kept in the records of a federal firearms licensee, an offense against the United States, in violation of Title 18, United States Code, Section 924(a)(1)(A).

Overt Acts

In furtherance of the conspiracy and in order to accomplish the goals thereof, the defendants, NGUYEN VAN NGUYEN, FELTON STONE, JR., and CHIEN DINH NGUYEN, committed and caused to be committed overt acts, including, but not limited to, the following:

1. On or about August 17, 2000, the defendant, FELTON STONE,

JR., purchased the following handgun for a person unknown to the Grand Jury, from Gold Art Inc., a federally licensed firearms dealer, located at 4230 Lawrenceville Highway, Lilburn, Georgia 30047: Intratec, model AB10, 9mm caliber pistol, serial number A052641.

2. On or about November 11, 2005, the defendant, FELTON STONE, JR., purchased the following handguns for a person unknown to the Grand Jury, from Reliable Auto Parts & Service, Inc., a federally licensed firearms dealer, located at 2511 Forest Parkway, Ellenwood, Georgia: one Taurus, model PT24/7, .40 caliber pistol, serial number SXC53121; and one Hi-point, model C, 9 mm caliber pistol, serial number P1277588.

3. On or about April 3, 2006, the defendant, FELTON STONE, JR., purchased the following handguns for a person unknown to the Grand Jury, from Arrowhead Pawn Shop, a federally licensed firearms dealer, located at 6455 Tara Boulevard, Jonesboro, Georgia: three (3) Lucznik Metal Factory, model P64, 9 mm caliber pistol, serial numbers HK20479; ZG09425; and JR04305.

4. On or about April 15, 2006, the defendant, FELTON STONE, JR., purchased the following handguns for a person unknown to the Grand Jury, from Arrowhead Pawn Shop, a federally licensed firearms dealer, located at 6455 Tara Boulevard, Jonesboro, Georgia: three (3) Cobra, model CA380, .380 caliber pistol, serial number CP021103; CP021782; and CP021126.

5. On or about May 19, 2006, the defendant, FELTON STONE,

JR., purchased the following handguns for a person unknown to the Grand Jury, from Arrowhead Pawn Shop, a federally licensed firearms dealer, located at 6455 Tara Boulevard, Jonesboro, Georgia: one (1) Taurus, model 85, .38 caliber revolver, serial number Xh29063; and one (1) Phenix Arms Company, model HP25, .25 caliber pistol, serial number 4272520.

All in violation of Title 18, United States Code, Section 371.

A _____True_____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

*Francey Hakes*

FRANCEY D. HAKES
ASSISTANT UNITED STATES ATTORNEY
1800 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6185
404/581-6181 fax
Georgia Bar No. 317420